Benedict Sahli, Respondent, v. William T. Scovil, Appellant.— Reargument ordered and case set down for Tuesday, May 11, 1915.  Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.

Jacob Buchman, Plaintiff, v. Abraham Berman, Respondent.  Benjamin Erde, etc., Appellant.— Motion to resettle order granted.  It appearing that the fifteen dollars was deducted in the order appealed from, the order should be affirmed, with ten dollars costs and disbursements.  Order resettled accordingly.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Alexander Dezendorf, an Infant, etc., Respondent, v. John F. Poppke, etc., Appellant.— Motion for stay granted on condition that defendant prosecute the appeal, place the case on the non-enumerated calendar for May 14, 1915, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Oscar Fried, Plaintiff, v. New York, New Haven and Hartford Railroad Company, Defendant. — Motion denied, without costs.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Charles A. Greve and Agnes R. Greve, Appellants, v. Fred Graf, Respondent.— Motion granted, without costs, without prejudice to an application to be made to this court for leave to file the exceptions *nunc pro tunc*.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of Thomas J. McGowan, as Executor, etc., of Michael O'Neil, Deceased.— Motion denied on condition that appellant perfect the appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of Opening and Extending Washington Avenue from East River to Jackson Avenue, etc.— Motion denied.  The original exhibit may be produced and submitted to the court on the argument.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Ermire Krevulin, Respondent, v. Solomon Present, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the June calendar and be ready for argument when reached.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Lefstein & Rosenfeld Company, Appellant, v. Henry J. Hunt, Respondant.— Motion for reargument denied, without costs.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Vincent Lo Re, Respondent, v. Philip Federman, Appellant, and Carl Rieger, Defendant.  (Action No. 1.) — Motion for reargument denied, with ten dollars costs.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Philip Federman, Appellant, v. Carl Rieger, Respondent.  (Action No. 2.) — Motion for reargument denied, with ten dollars costs.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.